that upon the payment of the balance due upon the contract the title would pass to him. All concurred.

PAUL E. BERNDT, Respondent, v. ARTHUR GOULD, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Per curiam: We do not deem it necessary to lay down any general rule with reference to granting of bills of particulars requiring the defendant to specify the particular acts of plaintiff's contributory negligence. Each case should be determined upon its own peculiar circumstances. We are of the opinion that under the facts and circumstances of this case the order should not have been granted. (See *Nealon* v. *South Buffalo Railway Co.*, 155 App. Div. 880.) All concurred.

HAZEL CORBIN, Respondent, v. GLENN CORBIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

CONTINENTAL CAN COMPANY, INC., Appellant, v. K. M. DAVIES COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

CLARENCE N. RISLEY, Appellant, v. THE TOWN OF URBANA, Respondent.— Judgment affirmed, with costs, on the authority of *Weisman* v. *City of New York* (219 N. Y. 178). All concurred.

IROQUOIS RUBBER COMPANY, Respondent, v. A. RAY GRIFFIN, Defendant, and STANLEY MATHES, Appellant.— Judgment affirmed, with costs. All concurred.

CHARLES J. O'CONNOR, Respondent, v. EMMETT GREGG and Others, Appellants.— Judgment and order affirmed, with costs. All concurred.

CHARLES J. O'CONNOR, Respondent, v. EMMETT GREGG and Others, Appellants.— Order denying motion for new trial on ground of newly-discovered evidence affirmed, with costs. All concurred.

JOSEPH MIKLJ, Plaintiff, v. EMPIRE LIMESTONE COMPANY, Defendant. — Plaintiff's exceptions sustained and motion for new trial granted, with costs to the plaintiff to abide the event. Held, that the plaintiff made out a *prima facie* case for the jury upon the question of the negligence of the defendant's foreman in directing the workmen to throw into the pit the block which injured plaintiff, without warning and adequately safeguarding him against injury while at work in the excavation. All concurred.

ANDREW J. TARNOWSKI, Respondent, v. MARY CISZEWSKA, Appellant. — Judgment and order affirmed, with costs. All concurred.

SEVERE GENDREAU, Appellant, v. RELIABLE FURNITURE AND CARPET COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

JOHN W. COOK, Respondent, v. EDWARD G. SHATTLE, Appellant.— Motion to dismiss appeal denied, with ten dollars costs.

WILLIAM E. KLING, Respondent, v. GOTTLIEB H. TOBIAS, Appellant.— Order entered October 20, 1916, modified so as to provide for dismissal of the appeal unless appellant is ready for argument on December 4, 1916.

MARY J. O'SHAUGHNESSY, Respondent, v. ELBRIDGE G. SPAULDING and Others, Appellants.— Motion to dismiss appeal granted unless appellants file and serve printed papers by November twenty-eighth, pay to respondent's attorney ten dollars, and be ready for argument on December 4, 1916.